IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TAMMY JEAN HOLLIS | ) |
| | ) |
| v. | ) NO. 3-14-1457 |
| | ) JUDGE CAMPBELL |
| EXTRA SPACE MANAGEMENT, INC. | ) |

ORDER

Pending before the Court is Defendant's Motion to Dismiss (Docket No. 14). For the reasons stated herein, Defendant's Motion is GRANTED, and this action is DISMISSED.

Any other pending Motions are denied as moot, and the Clerk is directed to close the file. The pretrial conference set for January 25, 2016, and the jury trial set for February 2, 2016, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE