UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE


TAMMY JEAN HOLLIS )
)
)
)
Plaintiff, )
)
)
)
v. )     Case No. 3:14-cv-01457
)
)     Judge Campbell
EXTRA SPACE MANAGEMENT, INC. )
)
)

Defendant.

ENTRY OF JUDGMENT


Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on December 15, 2014.



KEITH THROCKMORTON, CLERK

s/   Hannah B. Blaney